UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 10 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NAK KIM CHHOEUN; et al., <br><br> Petitioners - Appellees, <br><br> v. <br><br> DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement; et al., <br><br> Respondents - Appellants. | No. 20-55665 <br><br> D.C. No. 8:17-cv-01898-CJC-GJS <br> U.S. District Court for Central California, Santa Ana <br><br> **ORDER** |

The administrative closure period is extended until June 19, 2023. At any time before that date, any party may request that this appeal be reopened.

On or before June 12, 2023, counsel are requested to contact the mediator (steven_saltiel@ca9.uscourts.gov) to report on the status of the case. Counsel are requested to include the Ninth Circuit case name and number in the subject line.

FOR THE COURT:

Steven J. Saltiel
Circuit Mediator

cl/mediation