UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 12 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NAK KIM CHHOEUN; et al.,<br><br>            Petitioners - Appellees,<br><br> v.<br><br>DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement; et al.,<br><br>            Respondents - Appellants. | No. 20-55665<br><br>D.C. No. 8:17-cv-01898-CJC-GJS<br>U.S. District Court for Central California, Santa Ana<br><br>**ORDER** |

The administrative closure period is extended until May 20, 2024. At any time before that date, any party may request that this appeal be reopened.

On or before May 13, 2024, counsel is requested to contact the mediator (steven_saltiel@ca9.uscourts.gov) to report on the status of the case. Counsel are requested to include the Ninth Circuit case name and number in the subject line.

FOR THE COURT:

Steven J. Saltiel
Circuit Mediator

vs/mediation