UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 14 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NAK KIM CHHOEUN; et al.,<br><br>        Petitioners - Appellees,<br><br> v.<br><br>DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement; et al.,<br><br>        Respondents - Appellants. | No. 20-55665<br><br>D.C. No. 8:17-cv-01898-CJC-GJS<br>U.S. District Court for Central California, Santa Ana<br><br>**ORDER** |

The administrative closure period is extended until October 18, 2024. At any time before that date, any party may request that this appeal be reopened.

On or before October 11, 2024, counsel is requested to contact the mediator (steven_saltiel@ca9.uscourts.gov) to report on the status of the case. Counsel are requested to include the Ninth Circuit case name and number in the subject line.

                                          FOR THE COURT:

                                          Steven J. Saltiel
vs/mediation                                     Circuit Mediator