UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NAK KIM CHHOEUN; et al.,<br><br>        Petitioners - Appellees,<br><br> v.<br><br>DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement; et al.,<br><br>        Respondents - Appellants. | No. 20-55665<br><br>D.C. No. 8:17-cv-01898-CJC-GJS<br>U.S. District Court for Central California, Santa Ana<br><br>**ORDER** |

The administrative closure period is extended until January 16, 2025. At any time before that date, any party may request that this appeal be reopened.

On or before January 9, 2025, counsel shall provide a status report by email to the Circuit Mediator (steven_saltiel@ca9.uscourts.gov). Counsel are requested to include the Ninth Circuit case name and number in the subject line. The status report should not be filed with the court.

                                      FOR THE COURT:

                                      Steven J. Saltiel
                                      Circuit Mediator