UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NAK KIM CHHOEUN; et al., | No. 20-55665 |
| Petitioners-Appellees, | D.C. No. 8:17-cv-01898-CJC-GJS Central District of California, Santa Ana |
| v. | |
| DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement; et al., | ORDER |
| Respondents-Appellants. | |

Pursuant to the Notice of Indicative Ruling by the United States District Court for the Central District of California, filed November 4, 2024 (Docket Entry 39), this case is remanded to the district court for the limited purpose of deciding the Parties' Joint Motion for Approval of Class Action Settlement and Certification of Settlement Class, and Joint Motion to Vacate Order Granting Petitioners' Motion for Summary Judgment and Judgment and Permanent Injunction. Pursuant to Federal Rule of Circuit Procedure 12.1, the parties shall notify the Circuit Mediator within 7 days of the district court's order deciding the motions on remand, and the effect of such decision on disposition of the appeal.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator